**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 19-cv-5480 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Harjani |
| SWIFT MEDICAL, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Able Home Health, LLC and Swift Medical, Inc. have resolved this matter on an individual basis. The parties are working on completing the settlement documents and anticipate filing a stipulation of dismissal in December, 2019.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ David S. Almeida (w/ consent) |
| Daniel A. Edelman | David S. Almeida |
| Heather Kolbus | Madhavi Seth |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | Benesch, Friedlander, Coplan & Aronoff LLP |
| 20 S. Clark Street, Suite 1500 | 71 South Wacker Drive, Suite 1600 |
| Chicago, IL 60603 | Chicago, IL 60606-4637 |

## **CERTIFICATE OF SERVICE**

   I, Heather Kolbus, hereby certify that on November 22, 2019, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following:

  David S. Almeida - dalmeida@beneschlaw.com
  Madhavi Seth - mseth@beneschlaw.com
  Benesch, Friedlander, Coplan & Aronoff LLP
  71 South Wacker Drive, Suite 1600
  Chicago, IL 60606-4637

                s/ Heather Kolbus
                Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200