**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 19-cv-5480 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Harjani |
| SWIFT MEDICAL, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS

Plaintiff Able Home Health, LLC and Defendant Swift Medical, Inc., by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant Swift Medical, Inc. with prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against Defendant Swift Medical, Inc. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ David S. Almeida (w/ consent) |
| Daniel A. Edelman | David S. Almeida |
| Heather Kolbus | Madhavi Seth |
| EDELMAN, COMBS, LATTURNER | Benesch, Friedlander, Coplan & |
|     & GOODWIN, LLC | Aronoff LLP |
| 20 S. Clark Street, Suite 1500 | 71 South Wacker Drive, Suite 1600 |
| Chicago, IL 60603 | Chicago, IL 60606-4637 |

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on January 13, 2020, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following:

    David S. Almeida - dalmeida@beneschlaw.com
    Madhavi Seth - mseth@beneschlaw.com
    Benesch, Friedlander, Coplan & Aronoff LLP
    71 South Wacker Drive, Suite 1600
    Chicago, IL 60606-4637

                                                    s/ Heather Kolbus
                                                    Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200