# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Able Home Health, LLC

                            Plaintiff,

v.                                          Case No.: 1:19−cv−05480
                                            Honorable Charles R. Norgle Sr.

Swift Medical, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 15, 2020:

        MINUTE entry before the Honorable Charles R. Norgle: Case dismissed with prejudice and without costs against Defendant Swift Medical, Inc. Case dismissed without prejudice and without costs against John Does 1−10 pursuant to Stipulation to Dismiss [18]. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.